Commonwealth *v*. Broadie, Appellant.

Before DAUER, J.

Submitted November 17, 1974. *John R. Cook,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Robert L. Campbell* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v*. Burton, Appellant.

Before GREENBERG, J., without a jury.

Argued December 9, 1975. *Joel Harvey Slomsky,* for appellant; *David Fabe Michelman,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.